

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00047-CR

Marcus Allen **HODGE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR0247W
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 27, 2019.

_____
Patricia O. Alvarez, Justice